DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:   (209) 943-0905

DAVID WOOTEN (California State Bar #114599)
Assistant County Counsel
OFFICE OF THE COUNTY COUNSEL
  OF SAN JOAQUIN
County of San Joaquin
Courthouse - Room 711
222 East Weber Avenue
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
GERARDO FLORES,
CAROL CABRAL,
MELISSA TORRES, and
RONALD BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA WOLF, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>  Defendants. | **No. 2:06-CV-00050-LKK-DAD**<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES** |

WHEREAS, Plaintiffs filed this lawsuit on or about January 9, 2006;

WHEREAS, on January 9, 2006, Plaintiffs also filed another case with this Court, entitled *Wolf v. County of San Joaquin, et al.*; United States District Court, Eastern District of California Case No. 2:06-CV-00047-WBS-KJM (the "Judge Shubb

1

STIPULATION AND ORDER

Case");

WHEREAS, although the Judge Shubb Case is not a related case within the meaning of Rule 83-123 of the Local Rules, the following similarities exist: common Plaintiffs' counsel, common Plaintiffs, common defense counsel, and some common defendants;

WHEREAS, in the Judge Shubb Case a Status (Pretrial Scheduling) Conference has been scheduled for March 31, 2006, at 9:00 a.m. before the Honorable William B. Shubb;

WHEREAS, on or about January 9, 2006, this Court issued an Order Setting Status (Pretrial Scheduling) Conference, in which it scheduled the Status Conference in this case for March 20, 2006, and ordered the parties to file a Status Report no later than 10 days before the date of the Status Conference;

WHEREAS, on or about January 10, 2006, Plaintiff's counsel sent a letter to the San Joaquin County Counsel's Office asking for a waiver of service of process on all Defendants;

WHEREAS, outside counsel has now been retained to defend Defendants the County of San Joaquin, Gerardo Flores, Carol Cabral, Melissa Torres, and Ronald Brown in this case;

WHEREAS, these Defendants have agreed to waive service of process;

WHEREAS, counsel for the Defendants need a brief additional amount of time to familiarize themselves with the facts and allegations of the case to prepare properly for the Status Conference and the Status Report;

WHEREAS, for efficiency purposes, counsel wishes to reschedule the Status Conference in this case and in the Judge Shubb Case so that they occur on the same date;

IT IS STIPULATED AND AGREED, by the parties, through their

undersigned attorneys of record, that the Status Conference in this case be continued to April 10, 2006, at 1:30 p.m., and that the parties file their Status Reports no later than 10 days before that date.

Dated: March __, 2006

SUNTAG & FEUERSTEIN
A Professional Corporation

By: /signature on original
DANA A. SUNTAG

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
GERARDO FLORES,
CAROL CABRAL,
MELISSA TORRES, and
RONALD BROWN

Dated: March __, 2006

LAW OFFICES OF ROBERT R. POWELL

By: /signature on original
DENNIS R. INGOLS

Attorneys for Plaintiffs
SONYA WOLF and NICHOLAS H.

O R D E R

Good cause appearing, IT IS SO ORDERED.

Dated: March 10, 2006

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

3
STIPULATION AND ORDER