ROBERT R. POWELL, ESQ. CSB#159747
DENNIS R. INGOLS, ESQ. CSB#236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California 95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiff
SONYA WOLF, individually and as
Guardian Ad Litem for her minor
Child Nicholas H.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| SONYA WOLF, et al<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, et al.<br>and Does 1-10 inclusive.<br><br>Defendants. | Case Number: 2:06-CV-0050 LKK DAD<br><br>ORDER OF THE COURT APPOINTING ROGER CRAIG GUARDIAN AD LITEM FOR PLAINTIFF NICHOLAS HOLLINGSWORTH |

Based on a review of the plaintiffs' Motion For Appointment Of Guardian Ad Litem To Represent Minor Child Plaintiff Nicholas H. and the declarations submitted in support thereof, inclusive of the declaration of Roger Craig evidencing his consent to act in the capacity of Guardian Ad Litem for Nicholas H., the court hereby finds and orders as follows:

1. Mr. Roger Craig of 101 Waverly St., in Palo Alto, California, maternal grandfather to Nicholas H., is hereby appointed to act in the capacity of Guardian Ad Litem for Nicholas H. in

//


1 | the above entitled litigation.

2 | IT IS SO ORDERED.

3

4 | Date: 3/30/06

5 | *[signature]*
JUDGE OF THE U.S. DISTRICT COURT
EASTERN DISTRICT - CALIFORNIA