UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SONYA WOLF, et al.,

          Plaintiffs,

   v.

COUNTY OF SAN JOAQUIN, et al.,

          Defendants.
_____/

NO. CIV. S-06-50 LKK/DAD

O R D E R

A telephonic Status Conference was held with the parties on April 10, 2006. At that hearing, the court ORDERED as follows:

1. Given the similarities between this case and <u>Wolf v. County of San Joaquin</u>, No. Civ. S-06-0047 WBS/KJM, the court directs defendants to file a notice of related cases within seven (7) days of this order.

2. Defendants' motion to dismiss is STAYED pending the resolution of the notice of related cases.

////

////

1

```
 1        3.   A further Status Conference is SET for May 30, 2006 at
 2   3:00 p.m.
 3        IT IS SO ORDERED.
 4        DATED:  April 11, 2006
 5                                  /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
 6                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
 7
```