1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5
   DAVID WOOTEN (California State Bar #114599)
6  Assistant County Counsel
   OFFICE OF THE COUNTY COUNSEL
7    OF SAN JOAQUIN
   County of San Joaquin
8  Courthouse - Room 711
   222 East Weber Avenue
9  Stockton, California  95202
   Telephone:  (209) 468-2980
10
11 Attorneys for Defendants
   COUNTY OF SAN JOAQUIN,
12 MELISSA TORRES,
   MICHELLE McDANIEL,
13 and VALERIE AGBULOS

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

17 SONYA WOLF, et al.,                    )   **No. 2:06-CV-00050-WBS-KJM**
                                          )
18        Plaintiff,                      )   **STIPULATION AND ORDER TO**
                                          )   **EXTEND DATE FOR EXPERT**
19    v.                                  )   **DISCLOSURES**
                                          )
20 COUNTY OF SAN JOAQUIN, et al.,         )
                                          )
21        Defendants.                     )
                                          )
22 _____)

23

24

25

26

27

28

STIPULATION AND ORDER
TO EXTEND EXPERT                          1
DISCLOSURE DATES

1          WHEREAS, Plaintiffs filed this lawsuit on or about January 9, 2006;

2          WHEREAS, on or about May 23, 2006, this Court issued a Scheduling
3 Order;

4          WHEREAS, the Scheduling Order provides that (i) Plaintiff is to disclose
5 experts and produce expert reports by no later than August 4, 2006, (ii) Defendants are
6 to disclose experts and produce expert reports by no later than August 18, 2006; and
7 (iii) experts intended solely for rebuttal are to be disclosed and reports produced by
8 September 29. 2006;

9          WHEREAS, on or about March 13, 2006, Defendants filed their motion to
10 dismiss Plaintiff's fifth, sixth, seventh, and eighth claims for relief;

11          WHEREAS, Defendants' motion to dismiss was heard and argued on
12 June 26, 2006, and is under submission with the Court, as a result of which this case is
13 not yet at issue;

14          WHEREAS, this case is related to the case entitled *Wolf v. County of San
15 Joaquin, et al.*; United States District Court, Eastern District of California, Case
16 No. 2:06-CV-00047-WBS-KJM (the "Related Case"), and this Court issued a
17 Scheduling Order in the Related Case that contains identical expert disclosure dates;

18          WHEREAS, the parties are concurrently filing a stipulation and order in
19 the Related Case requesting that the Court extend the expert discovery dates in the
20 Related Case;

21          WHEREAS, although the issues in the two cases are different, the parties
22 are largely the same and their counsel are the same, and it would be in the interests of
23 judicial efficiency to maintain parallel dates in both cases; and

24          WHEREAS, a reasonable extension of time to disclose experts is in the
25 interests of justice and economy because it will allow the parties to select and
26 designate experts with more precision and this may promote a possible early resolution
27 of this case;

28

STIPULATION AND ORDER
TO EXTEND EXPERT      2
DISCLOSURE DATES

1       IT IS STIPULATED AND AGREED, by the parties, through their
2  undersigned counsel of record, as follows:
3       1.  Plaintiff shall disclose experts and produce expert reports by no
4           later than January 15, 2007;
5       2.  Defendants shall disclose experts and produce expert reports by
6           no later than February 1, 2007; and
7       3.  With regard to expert testimony intended solely for rebuttal, those
8           experts shall be disclosed and reports produced on or before
9           March 1, 2007.
10      Each of these dates are within the time limitations contained in Rule
11 26(a)(2) of the Federal Rules of Civil Procedure.

Dated:  June 30, 2006              SUNTAG & FEUERSTEIN
                                   A Professional Corporation


                                   By:  /s/_____
                                        DANA A. SUNTAG
                                        Attorneys for Defendants
                                        COUNTY OF SAN JOAQUIN,
                                        MELISSA TORRES, MICHELLE
                                        McDANIEL, and VALERIE
                                        AGBULOS

Dated:  June 30, 2006              LAW OFFICES OF ROBERT R.
                                   POWELL


                                   By:  /s/_____
                                        ROBERT POWELL
                                        Attorneys for Plaintiffs
                                        SONYA WOLF and NICHOLAS H.

STIPULATION AND ORDER
TO EXTEND EXPERT                         3
DISCLOSURE DATES

1  O R D E R

2  Based on the foregoing stipulation of the parties, noting that all other

3  dates previously scheduled shall remain as set, and good cause appearing therefor,

4  IT IS SO ORDERED.

5  Dated: July 10, 2006.

6

7  _____

8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28