1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11   SONYA WOLF and NICHOLAS H., a
     Minor, by and through his
12   Guardian Ad Litem ROGER CRAIG,
                                            NO. CIV. S-06-0050 WBS KJM
13             Plaintiffs,

14        v.                                MEMORANDUM AND ORDER

15   COUNTY OF SAN JOAQUIN, GERARDO
     FLORES, individually and as an
16   employee of the County of San
     Joaquin; CAROL CABRAL
17   individually and as an
     employee of the County of San
18   Joaquin; MELISSA TORRES,
     individually and as an
19   employee of the County of San
     Joaquin; RONALD BROWN,
20   individually and as an
     employee of the County of San
21   Joaquin; and Does 1-10
     inclusive;
22
               Defendants.
23

24                          ----oo0oo----

25        The Complaint in this action contains several causes of

26   action against defendants based on their conduct during a child

27   welfare investigation at plaintiffs' home.  On July 5, 2006, this

28   court held that defendants were entitled to immunity under state

                                   1

1   law and accordingly dismissed plaintiffs' state law claims.

2   Plaintiffs have since filed a first amended complaint in hopes of

3   reinstating those claims.  Pursuant to Federal Rule of Civil

4   Procedure 12(b)(6), defendants County of San Joaquin, Gerardo

5   Flores, Carol Cabral, Melissa Torres, and Ronald Brown again move

6   to dismiss plaintiffs' state law claims, arguing, inter alia,

7   that plaintiffs lacked the requisite permission to file an

8   amended complaint.

9           Indeed, the court explicitly advised plaintiffs in the

10  scheduling order that they would need the court's permission to

11  file an amended complaint.  (May 22, 2006 Order (stating that

12  "[i]f as a result of [defendants' then-pending motion to

13  dismiss], the court grants plaintiff leave to amend her

14  complaint, plaintiff may do so pursuant to such order"); id.

15  ("Other than as stated above, no further joinder of parties or

16  amendments to pleadings is permitted except with leave of court,

17  good cause having been shown under Fed. R. Civ. P. 16(b).").)

18          Recognizing that they failed to follow these procedures

19  before filing their first amended complaint, plaintiffs have

20  filed a statement of non-opposition to defendants' motion to

21  dismiss in which they implicitly concede that their proposed

22  first amended complaint is not yet the operative pleading in this

23  case.

24          IT IS THEREFORE ORDERED that plaintiff's first amended

25  complaint be, and the same hereby is, STRICKEN;

26          AND IT IS FURTHER ORDERED that defendants' motion to

27  dismiss plaintiffs' fifth, sixth, seventh, and eighth claims of

28  the first amended complaint be, and the same hereby is, DENIED as

2

1  moot, WITHOUT PREJUDICE to defendants' right to renew the motion

2  if plaintiffs properly notice a motion and are granted leave to

3  amend their complaint.

4  DATED:  August 18, 2006

5

6  _____

7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28