**ROBERT R. POWELL, ESQ.**
**DENNIS R. INGOLS, ESQ.**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California 95126
T: 408-553-0200
F: 408-553-0203

Attorneys for Plaintiff
SONYA WOLF, individually and
ROGER CRAIG as Guardian Ad Litem
for minor child Nicholas H.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| SONYA WOLF, et al.            ) | Case No. 2~06-CV-00047-WBS-KJM |
| ) | Related Case No. |
| Plaintiffs,       ) | 2~06-CV-00050-WBS-KJM |
| ) | |
| vs.                           ) | STIPULATION AND ORDER RE: |
| ) | FILING OF PETITION FOR APPROVAL |
| ) | OF MINOR'S COMPROMISE |
| COUNTY OF SAN JOAQUIN, et al., ) | UNDER SEAL |
| ) | |
| Defendants.       ) | |

    The parties hereto, in consultation with and through their respective counsel, in consideration of the facts and circumstances set forth below, hereby agree and stipulate as set for the herein below, and request this court adopt the stipulation of the parties as an order of this court.

    The facts and circumstances prompting this stipulation and the requested court order as considered by the parties are;

    1.) The parties have settled this matter and related Case No. 2~06-CV-00050, and,

1

STIPULATION AND ORDER RE:
FILING UNDER SEAL
WOLF V. COUNTY OF SAN JOAQUIN

PDF created with pdfFactory trial version www.pdffactory.com

2.) Both cases involve a minor as a plaintiff, and therefore require the filing of a Petition for Minor's Compromise of Claims ("Petition"), and,

3.) The minor has rights of privacy pursuant to state and federal law, not only personally, but as to the financial nature of the settlement on his behalf, and requests the Petition and all related documents be and remain sealed without a time limitation as they contain information relating to settlement of a claim that arose while he was a minor, and,

4.) There is an issue of urgency because of the limited period of time (seven days) that the annuity broker handling placement of the minor's settlement proceeds into an annuity can guarantee a promised rate of return which can be used for calculating payout amounts for the minor's annuity, as substantial changes (in particular the possibility of a decrease in interest rates) may require the re-submission of the Petition and significant additional revision of documents related to the annuity and the Petition.

In consideration of the foregoing, the parties respectfully request the court order as follows:

1. The Petition For Approval Of Minor's Compromise Of Claims and all documents related to it shall be filed under seal, with hand delivery in a sealed envelope to the clerk for Judge Shubb, with this order affixed to the front of the envelope.

2. The court will decide whether to approve the Petition on the papers alone, or to set a hearing on the matter, which hearing will either be held in chambers or in a hearing closed to the public, or such other method as will ensure confidentiality of the proceeding.

3. In the event the court desires to hold a hearing on the Petition, the hearing will be set within 7 days of submission of the Petition, and the court may telephonically notice the

STIPULATION AND ORDER RE:
FILING UNDER SEAL
WOLF V. COUNTY OF SAN JOAQUIN

PDF created with pdfFactory trial version www.pdffactory.com

parties on as little as 24 hours advance notice, though in the event defendant's counsel has filed a Statement of Non-Opposition, his attendance is not required.

4. Plaintiffs will follow the requirements of Local Rule 39-141(c) and file the Notice of Filing of Document Under Seal procedures therein.

IT IS SO STIPULATED.

Date: 2/___/07                                     _____/s/_____
                                                   ROBERT R. POWELL
                                                   Attorney for Plaintiffs

Date: 2/___/07                                     _____/s/_____
                                                   DANA A. SUNTAG
                                                   Attorney for Defendants

### ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor, the court hereby adopts the stipulations as orders of this court.

**IT IS SO ORDERED.**

Date:   March 5, 2007

*(signed)* WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE:
FILING UNDER SEAL
WOLF V. COUNTY OF SAN JOAQUIN

PDF created with pdfFactory trial version www.pdffactory.com