1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5
6  DAVID WOOTEN (California State Bar #114599)
   County Counsel
7  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
8  County of San Joaquin
   Courthouse - Room 711
9  222 East Weber Avenue
   Stockton, California  95202
10 Telephone: (209) 468-2980

11 Attorneys for Defendants
   COUNTY OF SAN JOAQUIN,
12 GERARDO FLORES,
   CAROL CABRAL,
13 MELISSA TORRES, and
   RONALD BROWN
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 SONYA WOLF, et al.,                    ) **No. 2:06-CV-00050-WBS- KJM**
                                          )
19           Plaintiff,                   ) **STIPULATION AND ORDER FOR**
                                          ) **DISMISSAL WITH PREJUDICE**
20      v.                                )
                                          )
21 COUNTY OF SAN JOAQUIN, et al.,         )
                                          )
22           Defendants.                  )
                                          )
23 _____)

STIPULATION AND ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS STIPULATED AND AGREED, by and between Plaintiffs and Defendants, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this entire case be dismissed with prejudice, each party to bear its own costs and fees.

Dated: April __, 2007                 LAW OFFICES OF ROBERT R. POWELL

By:  */s/ Robert R. Powell*
ROBERT R. POWELL
Attorneys for Plaintiffs
SONYA WOLF and NICHOLAS H., by and through his Guardian ad Litem, ROGER CRAIG

Dated: April __, 2007                 SUNTAG & FEUERSTEIN
A Professional Corporation

By:  */s/ Dana A. Suntag*
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SAN JOAQUIN, GERARDO FLORES, CAROL CABRAL, MELISSA TORRES, and RONALD BROWN

O R D E R

IT IS SO ORDERED.

Dated: April 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
2

PDF created with pdfFactory trial version www.pdffactory.com